# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. WALLACE | : CIVIL ACTION |
| vs. | : |
| | : NO. 08-CV-3239 |
| G. MICHAEL GREEN, ET. AL. | : |

## **ORDER**

AND NOW, this 31st day of March, 2010, upon consideration of the Defendants' Motion for Summary Judgment (Doc. No. 22) and Plaintiff's Response thereto, it is hereby ORDERED that the Motion is GRANTED and Judgment is hereby entered in favor of the Defendants and against the Plaintiff as a matter of law in no amount.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,     J.